

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2016

No. 04-15-00096-CV

**ALS 88 DESIGN BUILD LLC**,
Appellant

v.

**MOAB CONSTRUCTION CO.**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03033
Honorable Gloria Saldana, Judge Presiding

## O R D E R

To complete the appellate record, the trial court clerk is ORDERED to file a supplemental clerks record containing the trial court's order on ALS 88's motion for judgment notwithstanding the verdict and the trial court's final judgment. The clerk's record shall be filed in this court no later than April 22, 2016.

It is so **ORDERED** on April 15, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court